**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Trenton  Garrett v. Texas 18th U.S. District Representative Sheila Jackson Lee

Appellate case number:   01-21-00498-CV

Trial court case number:  1173525

Trial court:          County Civil Court at Law No. 1 of Harris County

Appellant Trenton Garrett prematurely filed a brief on September 23, 2021, before the reporter's record was filed.  The brief does not comply with Texas Rule of Appellate Procedure 38.1.  *See* TEX. R. APP. P. 38.1(d) (statement of the case "should be supported by record references"), (g) (statement of facts "must be supported by record references"), (i) (argument must contain "appropriate citations to authorities and to the record").

Accordingly, the brief is **stricken**.  Appellant must file a corrected brief in compliance with Texas Rule of Appellate Procedure 38.1.  The deadline for filing the corrected brief is thirty days from the date the reporter's record is filed.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                       Acting individually

Date:  September 28, 2021